**No. 55310.**—S. R. Droescher, Inc., et al. *v.* United States, protests 160285–K (A), etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.